IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DAVID WARSON,

    Plaintiff,

vs.                           Case No. 3:09cv435/MCR/MD

FORT WALTON BEACH
MEDICAL CENTER, INC.

    Defendant.
_____/

# O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on March 1, 2010, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This action is DISMISSED WITH PREJUDICE for plaintiff's failure to respond to orders of the court.

DONE AND ORDERED this 30th day of March, 2010.

                                        *s/ M. Casey Rodgers*
                                        M. CASEY RODGERS
                                        UNITED STATES DISTRICT JUDGE